IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUCAS HORTON,<br>　　　Plaintiff, | § § § | |
| vs. | § | Civil Action No. 3:22-CV-2475-E-BH |
| 360 DIGITAL MEDIA, LLC,<br>　　　Defendant. | § § § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The plaintiff's *Motion for Default Judgment,* filed January 4, 2023, (ECF No. 11), is **DENIED**.

SIGNED this 15th day of September, 2023.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE