IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LUCAS HORTON, § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 3:22-CV-2475-E-BH |
| § | |
| 360 DIGITAL MEDIA, LLC, § | |
| Defendant. § | Referred to U.S. Magistrate Judge[1] |

# ORDER

On September 20, 2023, it was recommended that this case be dismissed without prejudice *sua sponte* for failure to comply with Fed. R. Civ. P. 4(m), and that judgment be entered unless the plaintiff filed a valid proof of service for the defendant he sued within the time for objecting to the recommendation. (*See* doc. 21.) The plaintiff had filed proof of service for a different but similarly named entity. He has now sought and been granted leave to amend his complaint to correctly name the entity he intended to sue, and to serve that entity. Accordingly, the September 20, 2023 findings, conclusions, and recommendation for dismissal are hereby **VACATED**.

**SO ORDERED this 21st day of September, 2023.**

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] By *Special Order 3-251*, this *pro se* case has been automatically referred for full case management.